■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FARID POPAL, Also Known as JOHN POPAL, Appellant. [986 NYS2d 341]—Appeal by the defendant pursuant to CPL 450.10 (5) from an order of the Supreme Court, Queens County (McGann, J.), dated February 7, 2011, which denied, without a hearing, his motion pursuant to CPL 440.30 (1-a) for forensic DNA testing of certain evidence.

Ordered that the order is affirmed.

The Supreme Court properly denied, without a hearing, the defendant's motion pursuant to CPL 440.30 (1-a) for DNA test-

ing of a necklace found in the victim's motor vehicle since the defendant failed to show that there was a reasonable probability that the verdict, which resulted in a conviction of, among other crimes, murder in the second degree, would have been more favorable to him had DNA tests been performed (*see* CPL 440.30 [1-a]; *People v Perry*, 89 AD3d 1114, 1115 [2011]; *People v Bolling*, 65 AD3d 1054 [2009]; *People v Weay*, 54 AD3d 695, 695 [2008]).

The defendant's remaining contentions are not properly before this Court. Balkin, J.P., Dickerson, Chambers and Hall, JJ., concur.